# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**GERALD MONTGOMERY**                                                                 **PLAINTIFF**

**VS.**                                     **4:19-CV-00660-BRW**

**ACCESS NATIONAL MORTGAGE,** *et al.*                                          **DEFENDANT**

## ORDER

Pending are Defendants' Motion to Dismiss For Failure to State a Claim (Doc. Nos. 16, 18). Plaintiff has responded.

Because the points made in Defendants' motions are well-taken, the motions are GRANTED. Accordingly, this case is DISMISSED for failure to state a claim.

IT IS SO ORDERED this 31st day of October, 2019.

        /s/ Billy Roy Wilson
        UNITED STATES DISTRICT JUDGE